UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SCOTT HAYNES, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> *Commissioner of Social Security,* ) <br> ) <br> Defendant. ) | **JUDGMENT** <br><br> No. 2:21-CV-24-BM |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on plaintiff's motion for judgment on the pleadings and defendant's motion for judgment on the pleadings.**

**IT IS ORDERED that Plaintiff's Motion for Judgment on the Pleadings [DE-20] is GRANTED in part, Defendant's Motion for Judgment on the Pleadings [DE-22] is DENIED in part, and this matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order.**

<u>This Judgment Filed and Entered on August 3, 2022 with service on:</u>
Jason P. McCaul (via CM/ECF Notice of Electronic Filing)
Russell R. Bowling (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

<u>/s/ Bobbie R. Horton</u>
(By): Bobbie R. Horton, Deputy Clerk