UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| MICHAEL SCOTT HAYNES, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 2:21-CV-24-BM |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 24 U.S.C. § 2412(d).**

**IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff's motion [D.E. 33] is ALLOWED IN PART and DENIED IN PART on the following terms: The Commissioner shall pay $7,189.16 in attorney's fees associated with this case in full satisfaction of any and all claims arising under the EAJA. Provided that the award to Plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to Plaintiff's counsel, Russell Bowling, and mailed to him at the following address pursuant to Plaintiff's assignment [DE-34-5] to his attorney of his right to payment of attorney's fees under the EAJA: Olinsky Law Group, 250 South Clinton Street, Suite 210, Syracuse, NY 13202. If the award is subject to the Program, the balance shall be mailed to Attorney Russell Bowling at the above address and the check made payable to Plaintiff.**

This Judgment Filed and Entered on August 22, 2024 with service on:

Jason P. McCaul (via CM/ECF Notice of Electronic Filing)

Russell R. Bowling (via CM/ECF Notice of Electronic Filing)

David M. Mansfield (Via CM/ECF Notice of Electronic Filing)

Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK


<u>/s/ Bobbie R. Horton</u>
 (By): Bobbie R. Horton, Deputy Clerk